```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**CHARLES Y. WALKER,**

       **Plaintiff,**

   **vs.**                                **Civil Action 2:08-CV-523**
                                            **Judge Smith**
                                            **Magistrate Judge King**

**RONALD J. O'BRIEN,** *et al.***,**

       **Defendants.**

<u>**ORDER**</u>

       On August 26, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that *Plaintiff's Motion for Summary Judgment*, Doc. No. 12, be **DENIED**. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

       The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The plaintiff's motion for summary judgment is **DENIED**.


                                                   <u>*s/George C. Smith*</u>
                                                      George C. Smith, Judge
                                                 United States District Court